MEMORANDUM OPINION




No. 04-04-00483-CR



Jake ISAAC,


Appellant



v.



The STATE of Texas,


Appellee



From the 290th Judicial District Court, Bexar County, Texas


Trial Court No. 2003-CR-8702


Honorable Sharon MacRae, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: September 15, 2004


DISMISSED

 The trial court's certification in this appeal states that this case "is a plea-bargain case, and
the defendant has NO right of appeal." It further states "the defendant has waived the right of
appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "[t]he appeal must be
dismissed if a certification that shows the defendant has a right of appeal has not been made part of
the record under these rules." Tex. R. App. P. 25.2(d). On August 9, 2004, we ordered that this
appeal would be dismissed pursuant to Rule 25.2(d) unless appellant filed an amended trial court
certification showing that he had the right of appeal by September 8, 2004. See Tex. R. App. P.
25.2(d); 37.1. No such amended trial court certification has been filed. Therefore, Rule 25.2(d)
requires this court to dismiss this appeal. Accordingly, this appeal is dismissed.


 PER CURIAM

Do Not Publish